IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JAMES BRADY,<br><br>　　　　Debtor.<br><br>────────────────<br><br>POWUR PBC,<br><br>　　　　Garnishee. | Case No. 1:24-mc-00080-SKO<br><br>**FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF CONTINUING GARNISHMENT**<br><br>**(Doc. 7)**<br><br>**14 DAY DEADLINE**<br><br>Criminal Case No. 1:00-CR-05345-AWI |

　　　The Court, having reviewed its files and the United States' Request for Findings and Recommendations for Final Order of Continuing Garnishment (Doc. 7), and good cause appearing, hereby recommends a Final Order of Continuing Garnishment be granted.

　　　Accordingly, IT IS RECOMMENDED that:

　　　1.　The United States' Request for Findings and Recommendations for Final Order of Continuing Garnishment be GRANTED;

　　　2.　Powur PBC be directed to pay the Clerk of the United States District Court twenty-five percent (25%) of Michael James Brady's ongoing and non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses;

3. Powur PBC be directed to pay the Clerk of the United States District Court the amount of non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses, already withheld as a result of the writ of garnishment, within fifteen (15) days of the filing of the Final Order.  Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (1:00-CR-05345-AWI) shall be stated on the payment instrument;

4. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

5. The garnishment shall terminate when (1) the United States seeks to terminate the writ, or (2) when the judgment amount is fully satisfied.

These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(1).  **<u>Within fourteen (14) days after being served with these findings and recommendations</u>**, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **August 9, 2024**              /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE